UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS C. CALLAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 04-261-P-S |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision dated June 7, 2005 (Docket # 14), the Recommended Decision is accepted.

Accordingly, it is ORDERED that the decision of the Commissioner is hereby AFFIRMED.

      /s/ George Z. Singal
Chief United States District Judge

Dated this 28th day of June 2005.